**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:(619) 696-9006
Facsimile: (619) 564-6665

*Attorneys for Plaintiff ALBERT FRIED and the Proposed Classes*

[Additional counsel listed in signature block]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT FRIED, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRED LOYA INSURANCE AGENCY, INC.<br><br>Defendant. | Case No.: 3:20-cv-02259-WQH-BGS<br><br>CLASS ACTION<br><br>**JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(1)(A)(ii)** |

1

Plaintiff Albert Fried ("Plaintiff") and Defendant Fred Loya Insurance Agency, Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel, hereby STIPULATE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's complaint shall be dismissed in its entirety and without prejudice with respect to the claims by Plaintiff individually against Defendant, and without prejudice as to the claims by the putative, uncertified classes alleged by Plaintiff, with each party to bear its own costs and fees.

IT IS SO STIPULATED.

Dated: February 18, 2021

s/ Alexis Wood
By: Alexis Wood
**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON
ALEXIS M. WOOD
KAS L. GALLUCCI
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiff ALBERT FRIED and the Proposed Classes*

Dated: February 18, 2021

s/ Teresa C. Chow
By: Teresa C. Chow
**BAKER & HOSTETLER LLP**
TERESA C. CHOW
11601 Wilshire Boulevard, Suite 1400
Los Angeles, California 90025
Telephone: (310) 820-8800
Facsimile: (310) 820-8859

*Attorneys for Defendant FRED LOYA INSURANCE AGENCY, INC.*

2

*Fried v. Fred Loya Insurance Agency, Inc.* Case No.: 3:20-cv-02259-WQH-BGS
JOINT MOTION TO DISMISS PURSUANT TO RULE 41(a)(1)(A)(ii)

## CERTIFICATION OF APPROVAL OF CONTENT

I, Alexis Wood, counsel for Plaintiff, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of this document, and that I have obtained authorization from the above counsel for Defendant, for her electronic signature.

Dated: February 18, 2021        **LAW OFFICES OF RONALD A. MARRON**

By: */s/ Alexis Wood*
        Alexis Wood

*Attorneys for Plaintiff ALBERT FRIED and the Proposed Classes*