UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT FRIED, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRED LOYA INSURANCE AGENCY, INC,<br><br>Defendant. | Case No.:  20-cv-2259-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

    Pursuant to the parties' Joint Motion to Dismiss Pursuant to Rule 41(a)(1)(A)(ii) (ECF No. 9),

    IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed in its entirety and without prejudice with respect to the claims by Plaintiff individually against Defendant, and without prejudice as to the claims by the putative, uncertified classes alleged by Plaintiff, with each party to bear its own costs and fees.

Dated:  February 22, 2021

                                      *[signature]*
                                Hon. William Q. Hayes
                                United States District Court